UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BRYAN JACK            DOCKET NO. 6:09-cv-01431

VERSUS            JUDGE MELANÇON

MICHAEL J. ASTRUE,            MAGISTRATE JUDGE HANNA
COMMISSIONER OF SOCIAL SECURITY

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED** that decision of the Commissioner be **AFFIRMED** and this matter be **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 4th day of October, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE